# Court of Appeals
# of the State of Georgia

ATLANTA,  August 01, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2088.  WINFRED JOHNSON v. THE STATE.**

A jury found Winfred Johnson guilty of first-degree burglary.  Johnson's attorney filed a motion for new trial, which the trial court denied.  Johnson has filed a pro se notice of appeal of that denial.  We, however, lack jurisdiction.

A criminal defendant does not have the right to represent himself while also being represented by an attorney.  See *Tolbert v. Toole*, 296 Ga. 357, 361-363 (3) (767 SE2d 24) (2014); *Jacobsen v. Haldi*, 210 Ga. App. 817, 818-819 (1) (437 SE2d 819) (1993).  Nothing in the record indicates that Johnson's attorney has been permitted to withdraw.  Accordingly, his pro se notice of appeal is a nullity, see id., and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta,  08/01/2017
 I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
 Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*